UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT KINGSBURY,<br>Plaintiff,<br><br>v.<br><br>ROBERT D. BATSON AND<br>ELECTRIC VEHICLES OF<br>AMERICA,<br>Defendants. | )<br>)<br>)<br>)  CIVIL ACTION NO.: 05-10728 GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE ENTITLED-COURT:

PLEASE TAKE NOTICE that pursuant to the provisions of 28 U.S.C. § 1332, *et seq.*, Plaintiff, Robert Kingsbury, hereby removes the above-captioned matter, entitled *Robert Kingsbury v. Robert D. Batson and Electric Vehicles of America,* and pending in the Massachusetts Trial Court, Superior Court Department, Barnstable County, as Civil Action No. BACV2004-262-A, to the United States District Court for the District of Massachusetts.

As grounds for the removal of this action from the Barnstable County Superior Court, Plaintiff, Robert Kingsbury, states as follows:

1. Original subject matter jurisdiction exists in this Court over the claims set forth in the Complaint pursuant to the provisions of 28 U.S.C. § 1332(a)(1) because:

    (a) the matter in controversy exceeds the sum or value of $75,000 exclusive of interests and costs; and

    (b) the matter in controversy is between citizens of different states.

2. This action, Civil Action No: BACV2004-262-A, is pending in the Commonwealth of Massachusetts, Trial Court, Superior Court Department sitting in

1

Barnstable County, Massachusetts, within the district of this Court and was first initiated on or about May 4, 2004.

3. As alleged in the complaint, Robert Kingsbury is a natural person who is domiciled in Barnstable (Cotuit), Barnstable County, Massachusetts and is a citizen of the Commonwealth of Massachusetts.

4. Defendant, Robert Batson, is a natural person who is domiciled in Wolfboro, New Hampshire, and is a citizen of the State of New Hampshire.

5. Defendant, Electric Vehicles of America, is a duly organized Corporation, with a Subchapter S election, under the laws of the Commonwealth of Massachusetts and located at 11 Eagle Trace, Wolfboro, New Hampshire.

6. Defendant, Electric Vehicles of America, is a duly organized Corporation, with a under the laws of the State of New Hampshire and located at 11 Eagle Trace, Wolfboro, New Hampshire.

7. Copies of all process, pleadings and orders of which Robert Kingsbury has notice are attached hereto and are filed herewith.

8. Robert Kingsbury will comply with the provisions of Local Rule 81.1.

9. Robert Kingsbury hereby reserves the right to raise all defenses and objections available to it in law or equity after the action is removed to this Court,

including claims related to failure of or defect in process, failure of or defect in service of process and lack of jurisdiction.

          Respectfully Submitted,
          Plaintiff,
          By His Attorney,

          */s/ Peter M. Daigle*
          Peter M. Daigle, Esquire
          BBO # 640517
          James P. Connors, Esquire
          BBO # 653135
          1550 Falmouth Road, Suite 6
          Centerville, MA 02632
          (508) 771-7444

Dated: April 9, 2005
H:\Kingsbury, Robert\Notice of Removal to Federal Court.doc

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused a duplicate copy of the above to be served upon all parties of record by first-class mail, postage prepaid.

*Peter M. Daigle*
Peter M. Daigle, Esquire
BBO # 640517
James P. Connors, Esquire
BBO # 653135
1550 Falmouth Road, Suite 6
Centerville, MA 02632
(508) 771-7444

Dated: April 9, 2005
H:\Kingsbury, Robert\Notice of Removal to Federal Court.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)_____

_____

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   I.   (160) 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
        740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
        315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
        380, 385, 450, 891.

   IV.  220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,    05-10728 GAO
        690, 810, 861-865, 870, 871, 875, 900.

   V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                          YES        (NO)

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

                                                          YES        (NO)

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                          YES        (NO)

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                          YES        (NO)

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                          YES        (NO)

   A.  If yes, in which division do all of the non-governmental parties reside?

       Eastern Division          Central Division          Western Division

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division          Central Division          Western Division

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If

♦JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ROBERT KINGSBURY

**(b)** County of Residence of First Listed Plaintiff   BARNSTABLE
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Peter M. Daigle, Esquire BBO # 640517
1550 Falmouth Road, Suite 6, Centerville, MA 02632

### DEFENDANTS
ROBERT D. BATSON AND ELECTRIC VEHICLES OF AMERICA

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)   05-10728 GAO

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
|  | / ☐ 371 Truth in Lending |  |  | ☐ 810 Selective Service |
| ☒ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) |  |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury |  | ☐ 863 DIWC/DIWW (405(g)) |  |
|  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | / ☐ 530 General |  |  |  |
| ☐ 290 All Other Real Property | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
|  | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332(a)(1)
Brief description of cause:
Minority stockholder brings action for freeze out

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 10,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 3/2/05
SIGNATURE OF ATTORNEY OF RECORD  Peter M. Daigle

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____