UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10728-GAO

ROBERT KINGSBURY,

Plaintiff,

v.

ROBERT D. BATSON and
ELECTRIC VEHICLES OF AMERICA,

Defendants.

**ORDER**
April 20, 2005

O'TOOLE, D.J.

The plaintiff has filed a notice of removal seeking to remove an action he filed in the Massachusetts Superior Court to this Court. However, as only the defendants are permitted to remove an action from state court to federal court, 28 U.S.C. §§ 1441(a), 1446(a), the action is hereby remanded to the Massachusetts Superior Court.

It is SO ORDERED.

_____
DATE

_____
DISTRICT JUDGE